# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)** 25-7824

**Case Name** House, et al. v. National Collegiate Athletic Association, et al.

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** s/Gracelyn Lee Laudermilch **Date** 12/23/25

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

I (Gracelyn Laudermilch) filed an objection on January 31 2025 to the Second Amended Settlement Agreement ("SA") and Future Injuctive Relief Settlement (" FIRS"). I was summoned to speak before the court at the April 7th 2025 hearing before Judge Claudia Wilken. I later filed a reply to the amendments made to the FIRS and the SA. In September, following notification of the NCAA injuctive class members (I am a member of this classification), I filed an objection to be addresses at the November 6th Fairness hearing. I was summoned a second time to speak via zoom.

This SA and FIRS are not fair, adequate, or reasonable for all members of the class. The class was not adequately represented, specifically because all representatives of the class were themselves an elite subclass and only represented a small percentage of NCAA athletes.

There was an abuse of discretion by the Court to have all members affected in one class. This decision to lump all members into one class is a violation of Rule 23a. Commonality and typicality within the class is unmet.
Continued on following page>>

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)** 25-7824

**Case Name** House, et al. v. National Collegiate Athletic Association, et al.

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** s/Gracelyn Lee Laudermilch **Date** 12/23/25

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

Continued from page 1/previous page:
The Court approved the SA at both the the final hearing and the fairness hearing and abused its discretion by concluding that I had asked Class Counsel for assistance in filing my objection. In reality, I had already filed my objection and simply was offering information to assist Class Counsel with representing the entire class not just elite members.
It was also an abuse of discretion by the Court to conclude that this settlement was fair, adequate, and reasonable for all members of the class when only an elite and select portion were represented and would reap fair, adequate, and reasonable benefits from this SA.
In addition, it was an abuse of discretion by the Court to conclude that the notice program was effective and informed all members of the class especially when some members of the class are only 8 years old.
There is also a Title IX violation in the the payments and the oversight of the Court by not rectifying the procedures in which Designated Student Athletes count toward Title IX but not the roster. This disparity causes DSA's to still be eliminated from rosters.

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| | **Average monthly amount during the past 12 months** | | **Amount expected next month** | |
|---|---|---|---|---|
| **Income Source** | **You** | **Spouse** | **You** | **Spouse** |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-Employment | $ 27.50 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and Dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 240.00 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child Support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment Payments | $ 0 | $ | $ 0 | $ |
| Public-Assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify) VFW Scholarship | $ 83.33 | $ | $ 0 | $ |
| **TOTAL MONTHLY INCOME:** | $ 350.80 | $ | $ 0 | $ |

2. *List your employment history for the past two years, most recent employer first.*
*(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Ring by Spring Florals (self employed) | 209 Crawford Lane Rome, PA 18837 | From Jan 29, 2025<br>To Present | $ 27.50 |
| Endless Mountains Veterinary Center | 101 Vet Center Drive, Rome, PA 18837 | From June 2024<br>To August 2024 | $ 92.02 |
| Endless Mountains Veterinary Center | 101 Vet Center Drive, Rome, PA 18837 | From June 2023<br>To August 2023 | $ 42.41 |
| | | From<br>To | $ |

3. *List your spouse's employment history for the past two years, most recent employer first.*
*(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| | | From<br>To | $ |
| | | From<br>To | $ |
| | | From<br>To | $ |
| | | From<br>To | $ |

4. *How much cash do you and your spouse have?* $ 7803.62

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| First Citizens Community B | Savings | $ 6186.85 | $ |
| First Citizens Community B | Checking | $ 1616.77 | $ |
| | | $ | $ |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| N/A | $ N/A | N/A | $ N/A |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| **Motor Vehicle 2: Make & Year** | **Model** | **Registration #** | **Value** |
| N/A | N/A | N/A | $ N/A |

| Other Assets | Value |
|---|---|
| N/A | $ |
| N/A | $ |
| N/A | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 1002.5 | $ |
| - Are real estate taxes included? ◯ Yes ◯ No | | |
| - Is property insurance included? ◯ Yes ◯ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ |
| Home maintenance (repairs and upkeep) | $ 16 | $ |
| Food | $ 753.75 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 315.72 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| - Homeowner's or renter's | $ 0 | $ |
| - Life | $ 0 | $ |
| - Health | $ 0 | $ |
| - Motor Vehicle | $ 365.33 | $ |
| - Other | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| Specify | $ 0 | $ |

| | You | Spouse |
|---|---|---|
| Installment payments | | |
| - Motor Vehicle | $ 1444.00 | $ |
| - Credit Card (name) | $ 0 | $ |
| - Department Store (name) | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify) | $ 0 | $ |
| **TOTAL MONTHLY EXPENSES** | $ 3897.30 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?* ○ Yes ○ No

If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?* ○ Yes ○ No

If Yes, how much? $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

I am a freshman athlete in college, appealing to this case pro se. In order to earn my degree, I must pay college tution and room and board. I do not have any current income. I have no lawyer because no attorney can replicate the voice of an 18 year old who has witnessed the harm the settlement has caused first hand. I am appealing this case because the decision the Court made was wrong, not because I have the means or margin to appeal.

12. *State the city and state of your legal residence.*

City: Rome State: Pennsylvania

Your daytime phone number (ex., 415-355-8000): 570-637-4508

Your age: 18 Your years of schooling: 13.5

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*